Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  14−34216−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Carson | Leoma Carson |
| 90 Paine Ave | 90 Paine Ave |
| Irvington, NJ 07111−2967 | Irvington, NJ 07111−2967 |

Social Security No.:
    xxx−xx−3203                          xxx−xx−5486

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/26/17 at 09:00 AM

to consider and act upon the following:

*89* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/10/2017. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) (Greenberg, Marie−Ann)

*91* – Certification in Opposition to (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/10/2017. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Harvey I. Marcus on behalf of Leoma Carson. (Attachments: # 1 Exhibit money order payments) (Marcus, Harvey)

Dated: 10/4/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court