UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of Harvey I. Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 06663
Tel. 201-384-2200
Fax. 888-565-0403
HIM@lawmarcus.com
Attorney for Debtor(s)

Order Filed on November 16,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Leoma Carson,

Debtor(s).

Case No.: 14-34216

Chapter: 13

Judge: John K Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by _____debtor_____, on _____12/14/2014_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

2