UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Harvey I. Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 06663
Tel. 201-384-2200
Fax. 888-565-0403
HIM@lawmarcus.com
Attorney for Debtor(s)

**Order Filed on November 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Leoma Carson,

Debtor(s).

Case No.: 14-34216

Chapter: 13

Judge: John K Sherwood

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by _____debtor_____, on _____12/14/2014_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas Carson  
Leoma Carson  
    Debtors

Case No. 14-34216-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 16, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.  
db/jdb        Douglas Carson,  Leoma Carson,  90 Paine Ave,  Irvington, NJ  07111-2967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:  
        Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harvey I. Marcus    on behalf of Debtor Douglas  Carson him@lawmarcus.com  
        Harvey I. Marcus    on behalf of Joint Debtor Leoma  Carson him@lawmarcus.com  
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Nicholas V. Rogers    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER nj.bkecf@fedphe.com  
                                                                                                            TOTAL: 8