UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 17-019226
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

Order Filed on May 14, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

DOUGLAS & LEOMA CARSON, DEBTORS

CASE NO.: 14-34216-JKS

JUDGE: JOHN K. SHERWOOD

HEARING DATE: MARCH 8, 2018

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 14, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC, hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on the mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of December 1, 2017 through February 1, 2018 in the amount of $4,394.25, less a suspense balance of $490.48, for a total delinquency of $3,903.77.

2. To cure the delinquency outlined in paragraph one (1), Debtors agree to remit $3,903.77 to Secured Creditor on or before April 30, 2018. Payment should be sent to the address below:

Nationstar Mortgage, LLC
ATTN: Bankruptcy Dept.
P.O. Box 619094
Dallas, TX  75261-9741

3. Starting March 1, 2018, Debtors also agree to maintain all contractually due payments, which currently amount to $1,464.72.

4. Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

5. If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may petition the Court for an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and Debtors as required by the local bankruptcy rules. Debtors retain the ability to object to any Certification of Default filed in relation to this Order.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    5-2-18
Charles G. Wohlrab, Esquire    Date
Attorney for the Secured Creditor

_____    4/30/18
Harvey Marcus, Esquire    Date
Attorney for the Debtor