UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 17-019226
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

**Order Filed on May 14, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

DOUGLAS & LEOMA CARSON, DEBTORS

CASE NO.: 14-34216-JKS

JUDGE: JOHN K. SHERWOOD

HEARING DATE: MARCH 8, 2018

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: May 14, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC, hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on the mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      Debtors are currently delinquent in post-petition payments for the months of December 1, 2017 through February 1, 2018 in the amount of $4,394.25, less a suspense balance of $490.48, for a total delinquency of $3,903.77.

2.      To cure the delinquency outlined in paragraph one (1), Debtors agree to remit $3,903.77 to Secured Creditor on or before April 30, 2018. Payment should be sent to the address below:

        Nationstar Mortgage, LLC
        ATTN: Bankruptcy Dept.
        P.O. Box 619094
        Dallas, TX  75261-9741

3.      Starting March 1, 2018, Debtors also agree to maintain all contractually due payments, which currently amount to $1,464.72.

4.      Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization.  The Trustee shall amend his/her records to reflect same.

5.      If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may petition the Court for an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and Debtors as required by the local bankruptcy rules. Debtors retain the ability to object to any Certification of Default filed in relation to this Order.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC


_____          5-2-18
Charles G. Wohlrab, Esquire               _____
Attorney for the Secured Creditor         Date


_____          4/30/18
Harvey Marcus, Esquire                    _____
Attorney for the Debtor                   Date

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 14-34216-JKS
Douglas Carson                                                  Chapter 13
Leoma Carson
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: May 14, 2018
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
```
db/jdb         Douglas Carson,   Leoma Carson,   90 Paine Ave,   Irvington, NJ  07111-2967
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                                  TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Douglas  Carson him@lawmarcus.com
          Harvey I. Marcus    on behalf of Joint Debtor Leoma  Carson him@lawmarcus.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           nj.bkecf@fedphe.com
                                                                            TOTAL: 8
```