UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 20, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

LEOMA CARSON

Case No.:  14-34216 JKS

Hearing Date:  6/14/2018

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 20, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  LEOMA CARSON

Case No.:  14-34216

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/14/2018 on notice to HARVEY I. MARCUS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file application to extend loss mitigation program by 6/21/18 or the case will be dismissed