| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee** |

Order Filed on June 20, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

　　LEOMA CARSON

Case No.:  14-34216 JKS

Hearing Date:  6/14/2018

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): LEOMA CARSON

Case No.: 14-34216

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/14/2018 on notice to HARVEY I. MARCUS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file application to extend loss mitigation program by 6/21/18 or the case will be dismissed

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas Carson  
Leoma Carson  
    Debtors

Case No. 14-34216-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 20, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db/jdb      Douglas Carson,     Leoma Carson,     90 Paine Ave,     Irvington, NJ    07111-2967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:  
        Andrew L. Spivack     on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
        Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harvey I. Marcus     on behalf of Debtor Douglas   Carson him@lawmarcus.com  
        Harvey I. Marcus     on behalf of Joint Debtor Leoma   Carson him@lawmarcus.com  
        Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Nicholas V. Rogers     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER nj.bkecf@fedphe.com  
                                                                                              TOTAL: 8