Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14−34216−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Carson | Leoma Carson |
| 90 Paine Ave | 90 Paine Ave |
| Irvington, NJ 07111−2967 | Irvington, NJ 07111−2967 |

Social Security No.:
    xxx−xx−3203                          xxx−xx−5486

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Joint Debtor only was entered on July 30, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 31, 2018
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-34216-JKS
Douglas Carson                                                  Chapter 13
Leoma Carson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 2          Date Rcvd: Jul 31, 2018
                            Form ID: 148          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
```
db/jdb      Douglas Carson,  Leoma Carson,  90 Paine Ave,  Irvington, NJ  07111-2967
cr         +CITIMORTGAGE, INC.,  Phelan Hallinan & Schmieg, PC,  400 Fellowship Road,  Suite 100,
            Mt. Laurel, NJ 08054-3437
cr         +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,  Phelan Hallinan & Schmieg, PC,
            400 Fellowship Road,  Suite 100,  Mt. Laurel, NJ 08054-3437
cr         +Nationstar Mortgage LLC,  Stern, Lavinthal & Frankenberg,  105 Eisenhower Parkway,
            Suite 302,  Roseland, NJ 07068-1640
515317026   CitiMortgage, Inc,  P.O. Box 688971,  Des Moines, IA 50368-8971
515201412  +Citimortgage,  Po Box 6243,  Sioux Falls, SD 57117-6243
515201413  +Cntl Jer Adj,  201 Central Ave,  Westfield, NJ 07090-2151
516915724  ++NATIONSTAR MORTGAGE LLC,  PO BOX 619096,  DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,  PO Box 619096,  Dallas, TX 75261)
515201416  +Phelan Hallinan & Diamond, PC,  400 Fellowship Rd, Ste 100,  Mount Laurel, NJ 08054-3437
515201418  +Pinnacle Credit Service,  7900 Highway 7 # 100,  Saint Louis Park, MN 55426-4045
515201421   State of New Jersey,  PO Box 245,  Trenton, NJ 08602-0245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00   U.S. Attorney,  970 Broad St.,
            Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:58   United States Trustee,
            Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
            Newark, NJ 07102-5235
515411254   EDI: AIS.COM Aug 01 2018 03:53:00   American InfoSource LP as agent for,
            Midland Funding LLC,  PO Box 268941,  Oklahoma City, OK  73126-8941
515201411  +EDI: WFNNB.COM Aug 01 2018 03:53:00   Ashley Stewart,  Po Box 182789,
            Columbus, OH 43218-2789
515201410  +EDI: WFNNB.COM Aug 01 2018 03:53:00   Ashley Stewart,  Comenity,  Po Box 182124,
            Columbus, OH 43218-2124
515201414  +EDI: IRS.COM Aug 01 2018 03:53:00   Internal Revenue Service,
            Centralized Insolvency Operation,  PO Box 7346,  Philadelphia, PA 19101-7346
515284892   EDI: JEFFERSONCAP.COM Aug 01 2018 03:53:00   Jefferson Capital Systems LLC,  Po Box 7999,
            Saint Cloud Mn 56302-9617
515201415  +E-mail/Text: Bankruptcies@nragroup.com Aug 01 2018 00:27:57   National Recovery Agen,
            2491 Paxton St,  Harrisburg, PA 17111-1036
515201419   EDI: PRA.COM Aug 01 2018 03:53:00   Portfolio Recovery,  Attn: Bankruptcy,  Po Box 41067,
            Norfolk, VA 23541
515371824   EDI: PRA.COM Aug 01 2018 03:53:00   Portfolio Recovery Associates, LLC,  c/o Best Buy,
            POB 41067,  Norfolk VA 23541
515390071   EDI: PRA.COM Aug 01 2018 03:53:00   Portfolio Recovery Associates, LLC,  c/o Orchard Bank,
            POB 41067,  Norfolk VA 23541
515334302   E-mail/Text: ebn@vativrecovery.com Aug 01 2018 00:26:31   Palisades Collections, LLC,
            VATIV RECOVERY SOLUTIONS LLC, dba SMC,  As agent for Palisades Collections, LLC,
            P.O. Box 40728,  Houston, TX 77240-0728
515201417  +EDI: RESURGENT.COM Aug 01 2018 03:53:00   Pinnacle Credit Service,  Attn: Bankruptcy,
            Po Box 640,  Hopkins, MN 55343-0640
515201420  +EDI: PRA.COM Aug 01 2018 03:53:00   Portfolio Recovery,  POB 4115,  Dept. 922,
            Concord, CA 94524-4115
515201423   EDI: TFSR.COM Aug 01 2018 03:53:00   Toyota Motor Credit Co,  4 Gatehall Dr Ste 350,
            Parsippany, NJ 07054
515201422   EDI: TFSR.COM Aug 01 2018 03:53:00   Toyota Motor Credit Co,  Toyota Financial Services,
            Po Box 8026,  Cedar Rapids, IA 52408
515220014   EDI: TFSR.COM Aug 01 2018 03:53:00   Toyota Motor Credit Corporation (TMCC),  PO BOX 8026,
            Cedar Rapids, Iowa 52408-8026
                                                                                    TOTAL: 17
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516915725*  ++NATIONSTAR MORTGAGE LLC,  PO BOX 619096,  DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,  PO Box 619096,  Dallas, TX 75261)
515428053*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,  c/o Orchard Bank,  POB 41067,
            Norfolk VA 23541)
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Jul 31, 2018
                               Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Douglas  Carson him@lawmarcus.com
          Harvey I. Marcus    on behalf of Joint Debtor Leoma  Carson him@lawmarcus.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Marie-Ann  Greenberg  magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          nj.bkecf@fedphe.com
                                                                              TOTAL: 8
```