Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>  Case No.: 14−34216−JKS
>  Chapter: 13
>  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Carson | Leoma Carson |
| 90 Paine Ave | 90 Paine Ave |
| Irvington, NJ 07111−2967 | Irvington, NJ 07111−2967 |

Social Security No.:
   xxx−xx−3203                                                            xxx−xx−5486

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 9, 2018                     John K. Sherwood
                                           Judge, United States Bankruptcy Court